AO 450 (Rev. 5/85)

# United States District Court
### EASTERN DISTRICT OF NORTH CAROLINA
**WESTERN DIVISION**

| | |
|---|---|
| DEBRAH RUTH COX,<br>    Plaintiff,<br><br>v.<br><br><br>MICHAEL J. ASTRUE,<br>*Commissioner of Social Security*,<br>    Defendant. | )<br>)<br>)<br>)<br>)<br>)   **JUDGMENT IN A CIVIL CASE**<br>)   **CASE NO. 5:11-CV-527-D**<br>)<br>) |

Decision by the Court:

    **IT IS ORDERED AND ADJUDGED** that Plaintiff's Motion for Judgment on the Pleadings [D.E. 28] is DENIED, Defendant's Motion for Judgment on the Pleadings [D.E. 34] is GRANTED, and the Commissioner's decision is AFFIRMED. The Clerk shall close the case.

THE ABOVE JUDGMENT WAS ENTERED TODAY, **JANUARY 30, 2013,** WITH A COPY TO:

Lila T. Forro  (via CM/ECF electronic notification)
Mark J. Goldenberg  (via CM/ECF electronic notification)

| | |
|---|---|
| | JULIE A. RICHARDS, Clerk |
| January 30, 2013 | |
| Date | Eastern District of North Carolina |
| | |
| | /s/Debby Sawyer |
| | (By) Deputy Clerk |
| Raleigh, North Carolina | |